UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**November 16, 2023**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

| | |
|---|---|
| **UNFILTERED WITH KIRAN, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-937-JWD-SDJ** |
| **CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL.** | |

This matter came on this day for a pretrial conference.

Present:  Jill L. Craft and William Brett Conrad, Jr.
**Counsel for Plaintiff**

Michael Paul Schillage
**Counsel for Defendants**

Because of a scheduling conflict, the two-day bench trial set to begin on January 16, 2024, is continued and reset for **May 20 and 21, 2024, at 9:00 a.m. in courtroom 1.**

The Court informs counsel that it is working on the pending Motion to Dismiss, but will not conduct the pretrial conference today in light of the rescheduled trial date.

The parties inform the Court of their previous efforts toward resolution of this matter, and will continue to try to resolve this matter.

The Court reminds counsel that Magistarte Judge Johnson is available for assistance with settlement if needed.

The following deadlines are reset:

1. Deadline to file motions in limine: **April 1, 2024**.

2. Deadline to file an affidavit of settlement efforts: **March 30, 2024**.

3. Pre-trial conference date: **April 11, 2024, at 2:00 p.m. by zoom**. An amended pretrial order may be filed if needed on or before **March 25, 2024**..

4. Deadline to file Proposed Findings of Fact and Conclusions of Law and trial briefs: **April 29, 2024**.

Signed in Baton Rouge, Louisiana, on November 17, 2023.

CV 27; T: 0:30

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**