## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNFILTERED WITH KIRAN, LLC AND KIRAN CHAWLA** | **CIVIL ACTION NO.: 22-cv-937** |
| **VERSUS** | **JUDGE: JOHN W. deGRAVELLES** |
| **CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE AND MURPHY PAUL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE BATON ROUGE POLICE DEPARTMENT** | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CONSENT JUDGMENT

Pursuant to the Agreement and Consent of all parties, the Court enters the following Consent Judgment:

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiffs, Unfiltered with Kiran, LLC and Kiran Chawla, and after having providing the Baton Rouge Police Department with supplemental media credentials since the institution of the above referenced case, shall be treated on parity with all other media organizations/outlets by the defendants, City of Baton Rouge/Parish of East Baton Rouge and Murphy Paul, in his official capacity as Chief of the Baton Rouge Police Department, meaning plaintiffs will receive press releases as they are disseminated, in the same manner and at the same time, as all other media organizations. Plaintiffs will be received and be permitted to attend press conferences in the same manner and same time, as all other media organizations; it being expressly recognized that plaintiffs have no right to have questions answered if defendants so choose.

IT IS ORDERED, ADJUDGED, AND DECREED that credentialing, if required by defendants, shall be applied equally and across the board.

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiffs shall be afforded the same access to defendants' Public Information Officers (or defendants' personnel equivalent thereto) as all other media organizations; it being express recognized plaintiffs are afforded no guarantee of provision of information or to have questions answered if defendants so choose.

JUDGMENT READ, RENDERED, AND SIGNED in _____ at Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
Honorable Judge John W. deGravelles
United States District Court for the Middle District of Louisiana

STIPULATED AND CONSENTED TO AS TO FORM AND CONTENT:

| | |
|---|---|
| By:___s/Jill L. Craft_____ <br> Jill L. Craft, T.A., #20922 <br> W. Brett Conrad, Jr., #37639 <br> 329 Saint Ferdinand Street <br> Baton Rouge, Louisiana 70802 <br> (225) 663-2612 <br> jcraft@craftlaw.net <br> bconrad@craftlaw.net <br> Counsel for Unfiltered with Kiran, LLC and Kiran Chawla | **A. GREGORY ROME** <br> **PARISH ATTORNEY** <br><br> By: /s/ Michael P. Schillage_____ <br> **A. Gregory Rome (#21062)** <br> **Michael P. Schillage (#35554)** <br> **Sr. Special Assistant Parish Attorney** <br> 222 St. Louis Street, Suite 902 <br> Baton Rouge, Louisiana 70802 <br> Telephone:   (225)  389-3114 <br> Facsimile:   (225)  389-8736 <br> Email: grome@brla.gov <br>         mschillage@brla.gov <br> *Attorneys for the City of Baton Rouge/Parish of East Baton Rouge and Chief Murphy J. Paul, Jr., in his individual capacity and official capacity as Chief of Police for the City of Baton Rouge* |